UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JACK MITCHELL JOHNSON,<br><br>Defendant. | Cr. No. 1:23-CR-325<br><br>**DEFENDANT'S INVOCATION OF RIGHTS UNDER THE FIFTH AND SIXTH AMENDMENTS** |

COMES NOW the Defendant above-named, Jack Mitchell Johnson, and

hereby expressly and unequivocally invokes his right to remain silent and his right

to counsel guaranteed to him under both the Fifth and Sixth Amendments to the

United States Constitution.

Dated this _29_ day of ~~September,~~ *October,* 2023.

_____
Defendant's signature