UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No.: 23-CR-325 (TSC) |
| **JACK MITCHELL JOHNSON** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's request, the United States and defendant Jack Mitchell Johnson provide the following joint status report:

a. <u>Next Status Conference</u>

The Court has scheduled a status conference for April 1, 2024. The defendant consents to a videoconference.

b. <u>Speedy Trial Act</u>

The parties have previously stipulated and agreed that the Court should find that the time between January 31, 2024, and the next status conference for this matter shall be excluded under the Speedy Trial Act, in the interests of justice. The Court should find that period of time excludable under 18 U.S.C. § 3161(h)(1) & (7)(A). The ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, for reasons including that Mr. Johnson and his counsel have sufficient time to review the discovery and the parties can possibly resolve this case short of trial.

c. <u>Update from the Parties</u>

Discovery has been provided in this case, and a plea offer has been extended. At this time, Mr. Johnson and his counsel are reviewing the discovery and considering the plea offer that has been extended. At the April 1, 2024, status conference, the Parties expect to be able to advise

the Court whether this matter should be scheduled for trial or whether the case can be resolved short of trial.

    d.    <u>Proposed Order</u>

The Court has scheduled a status conference for April 1, 2024. It does not appear that any further Order of the Court is necessary at this time.


Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

<u>/s/ Nialah S. Ferrer</u>
NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
601 D Street, NW
Washington, D.C. 20530
(202) 557-1490
Nialah.Ferrer@usdoj.gov

<u>/s/Max Rudy</u>
MAX RUDY
Assistant Federal Public Defender
100 West Broadway Avenue
Suite 230
Bismarck, ND 58501
(701) 250-4500
max_rudy@fd.org