IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No.: 23-CR-325 (TSC) |
| v. | : | 18 U.S.C. 5104(e)(2)(D) |
| | : | 18 U.S.C 5104(e)(2)(G) |
| JACK MITCHELL JOHNSON | : | |
| Defendant. | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Jack Mitchell Johnson, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.  The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.  On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. Jack Mitchell Johnson traveled to Washington, D.C., from Bismarck, North Dakota, to attend the rally supporting former President Trump on January 6, 2021. He attended the rally with his brother and, afterward, made his way to the Capitol and participated in the riot there.

9. The defendant entered the restricted grounds of the U.S. Capitol and moved a metal bike rack near the east side of the Capitol. The defendant walked past the bike rack and towards the East Stairs to enter the Capitol building.

10. At approximately 2:41 p.m., the defendant entered the U.S. Capitol building through the East Rotunda Door. The defendant wore a red "Make America Great Again" hat, jeans, a brown coat, brown shoes, a gray collared shirt, and a yellow/white scarf or neckerchief. As he entered the doors, a U.S. Capitol Police Officer was trying to close the door to prevent rioters from getting inside.

11. During his time inside the U.S. Capitol building, the defendant entered and walked through the Rotunda. While in the Rotunda, the defendant used his phone to take pictures and videos inside the building.

12. At approximately 2:45 p.m., the defendant left Rotunda through the north door. At approximately 2:50 p.m., the defendant returned to the Rotunda area from the north door carrying a large blue Trump flag. The defendant used the flag to pose with a statue in the Rotunda.

13. At approximately 2:51 p.m., the defendant exited the U.S. Capitol building through East Rotunda Door.

### *Elements of the Offense*

14. The parties agree that Disorderly Conduct in a Capitol Building or Grounds in violation of 40 U.S.C. 5104(e)(2)(D) requires the following elements:

   a. First, the defendant engaged in disorderly or disruptive conduct in any of the United States Capitol Buildings or Grounds.

   b. Second, the defendant did so with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress.

   c. Third, the defendant acted willfully and knowingly.

15. The parties agree that Parading, Demonstrating, or Picketing in a Capitol Building in violation of 40 U.S.C. 5104(e)(2)(G) requires the following elements:

a. First, the defendant paraded, demonstrated, or picketed in any of the United States Capitol Buildings.

b. Second, the defendant acted willfully and knowingly.

*Defendant's Acknowledgments*

16. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that by willfully and knowing entering the Capitol building on January 6 and staying inside for approximately ten minutes, he impeded the orderly conduct of a session of Congress and demonstrated inside the U.S. Capitol building. The defendant further admits that he did so with the intent to disrupt Congress and that, by joining the mob that breached the Capitol, he engaged in disorderly or disruptive conduct. Finally, the defendant admits that he paraded, demonstrated, and picketed inside the Capitol building.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: *Nialah S. Ferrer*

NIALAH S. FERRER
Assistant United States Attorney
New York Bar No. 5748462
United States Attorney's Office
District of Columbia
(202) 557-1490
nialah.ferrer@usdoj.gov

**DEFENDANT'S ACKNOWLEDGMENT**

I, Jack Mitchell Johnson, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4/18/2024

Jack Mitchell Johnson
Defendant

**ATTORNEY'S ACKNOWLEDGMENT**

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4/19/2024

Max Rudy
Attorney for Defendant