UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:23-CR-325 |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DEFENDANT'S SENTENCING** |
| ) | **MEMORANDUM SUPPLEMENT** |
| JACK MITCHELL JOHNSON, ) | |
| ) | |
| Defendant. ) | |

The Defendant, Jack Mitchell Johnson, through his attorney, hereby files the following letters of support written on his behalf which are attached to this supplement as Exhibits 1 – 5.

Dated the 16th day of September, 2024.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/Max A. Rudy*
Max A. Rudy
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
100 W. Broadway Ave Suite 230
Bismarck, ND 58501
Telephone: 701-250-4500
Facsimile:  701-250-4498
filinguser_SDND@fd.org