# Exhibit 2

12 August 2024

To whom it may concern,

I am writing this character reference letter for Jack Johnson. I have known Jack for the past two years as his Brazilian Jiu Jitsu instructor. Jack came to our class with enthusiasm to learn a new skill. His personality and demeanor have been friendly towards everyone he meets since his first class. Jack impressed me immediately with his humility and willingness to learn. Jack has always walked through our doors ready to be a student, learn from mistakes made previously on the mats, and improve himself and, more importantly, his teammates.

Over the past two years I have watched Jack grow in both confidence and connection to those around us. In our gym, building community and positively supporting your teammates is our number one priority. Jack exemplifies this each and every class. There is no one in our gym that isn't drawn to his kind personality.

It has, and will continue to be, a source of pride to coach him as he grows as both an athlete and a friend. As a retired Special Agent from the US Air Force, I understand how serious infraction of the law are. I also understand how we can get caught up in something larger than we can understand when we are young. I ran hundreds of felony level investigations during my 22 year career as a Special Agent. In addition, I spent most of my career working in the field of counterterrorism. Jack, in my opinion, is a young man who understand the gravity of this situation and has consistently striven to make a positive impact in his community.

I truly hope that that his age, his humility and his dedication to others in this community is taken into consideration during this process. The person I have been privileged enough to coach is an asset to the community of Minot, ND, and we would do a great disservice as a State, and a nation, to negate the impact he has here.

Michael E. Sian, SA (ret)