# Exhibit 3

Deanne Quale
9552 41st ST NW
New Town, ND 58763

September 10, 2024

Re: Jack Johnson

To: The Honorable Judge Tanya S. Chutkan

I am writing to you regarding my son, Jack Johnson, who is currently twenty-two years old. I comprehend the seriousness of the charges that are being brought against him and respect the court's need to uphold justice. I kindly request the opportunity to provide some insight into Jack Johson's character that you may not be aware of.

Jack has always been a responsible, kind, respectful and caring child. When he was in fourth grade I divorced his abusive dad. As a child of a single mom, he was expected to behave, follow the rules and respect others and authority. He excelled in High School academically and with extra circular activities. His teachers and coaches always had nothing but positive comments to say about him.

He began volunteering at a young age with mentally and physically handicap children as well as donating his time to other community activities. As a young adult he has continued to work with mentally and physically challenged kids and adults. He also assists our family on a frequent basis, such as trying to help his uncle who is battling mental illness, helps his grandmother with yardwork and miscellaneous projects as well as helping me. In addition to helping his family, he has been assisting elderly ladies at the church with packing and moving them and other projects around their homes.

I acknowledge that the actions leading to this case are serious, but they are not reflective of my son's character. He was a young, naïve, eighteen years old who made a poor choice and out of character violated the law. Since the incident Jack has recognized the seriousness of his actions and has expressed sincere remorse and regret for his actions. He is currently in counseling, volunteers at his church and is working through his new diagnosis of Attention Defective Hyperactivity Disorder.

As a mother, it saddens and disappoints me that he violated the law. However, it is even more disheartening to see the negative impact and the potential lifetime consequences of his actions. I believe he has grown from this experience and has even more respect for the law. Please consider all the above factors at the time of sentencing. He is truly a kind, wonderful human being, that is a positive asset to our community.

Sincerely,

*Deanne Quale*
Deanne Quale