# Exhibit 4

Leng Vang
6925 Jersey Ave N
Brooklyn Park, MN 55428
763-313-0454
LV.LengVang@gmail.com

August 22nd, 2024

Dear your Honor,

I am writing to you on the character of Mr. Johnson. I first met Mr. Johnson at the University of Minnesota when he was a freshman in 2020. I was a student leader recruiting for Southwestern Advantage internship program where I got to work with him for two summers. Throughout that time, I got to understand his story and his character. Although he is very stubborn, he is also very kind hearted. During the program, he was someone who would ask a lot of questions not only to understand the program but also to understand others. His passion was always to help others especially when it came to psychological struggles. He had a rough household from childhood and wanted to help other kids through it. He developed depression from childhood and wanted to get himself out of it before helping kids in the future. Our program was a way for him to better himself by helping families in different parts of the United States with educational resources. We've always had deep and complex conversations during our time together. I feel it was a way for him to understand himself and find answers to help him on his recovery. I've talked to him recently after a couple years, and he has been doing better than ever. He was happier than I've seen him. Though he is rough around the edges and one of the most stubborn people I know, his journey towards creating a better world for kids in need has just begun. As once his mentor and his friend, I only wish him a strong will to move forward towards his dream.

Sincerely,

Leng Vang
Mentor and Friend of Jack Mitchell Johnson