# Exhibit 5

Jesse Bourgo
2317 19th St SW
Minot, ND 58701
(701)-500-2874
Borgosh@hotmail.com
September 9, 2024

The Honorable Tanya S. Chutkan,
U.S. District Judge
District of Columbia

Dear Judge Chutkan,

I am writing to provide a character reference for Jack Johnson, a friend of mine and a former colleague at Don Bessette Motors, where he worked as a Salesman. I have known Jack since April 2023, when he first joined our dealership, and during that time, I have come to appreciate his character and work ethic.

From the moment Jack started at the dealership, he demonstrated a genuine curiosity about the automotive industry. He took initiative to learn about our products, vehicle systems, and the sales process, going above and beyond his role as a salesperson. Jack not only focused on sales but also assisted in sourcing parts from external vendors, saving customers significant money. He worked closely with our service department and fellow salespeople to set up connected car systems for new vehicles and troubleshoot issues with pre-owned cars. Jack was always willing to lend a hand, striving to succeed and provide the best possible service to his customers.

Beyond his professional accomplishments, I got to know Jack personally through his close relationship with his uncle, Dennis, who was our sales manager and someone we all care about deeply. Dennis suffers from bipolar disorder, and during both his

manic and depressive episodes, Jack was there to support him. He helped his uncle maintain his job, assisted him through recovery from depressive episodes, and acted as an intermediary when Dennis refused to communicate with others. Despite the challenges, including being evicted by his uncle during a manic episode, Jack remained committed to helping him.

Jack is not only a trusted friend but also a person of integrity and reliability. He has supported our workplace without any expectation of personal gain, and he has earned the trust of many, including myself. I have trusted Jack to drive my children to and from school and sporting events—a testament to the faith I have in his character. Jack is capable, intelligent, and hardworking, with a strong drive to excel in whatever he sets his mind to. He consistently strives to improve himself and actively participates in his church and community.

I firmly believe that Jack has tremendous potential to continue being an asset to his workplace, a positive influence in his community, and a loyal friend to many. Any circumstance that removes him from that path would diminish the contributions he is able to make.

Please feel free to contact me at (701)-500-2874 or Borgosh@hotmail.com if you require any further information.

Sincerely,

Jesse Bourgo

*Jesse Bourgo*