UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-CR-325 (TSC) |
| v. : | |
| : | |
| JACK MITCHELL JOHNSON, : | |
| : | |
| **Defendant** : | |

## GOVERNMENT'S SUPPLEMENTAL BRIEF

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this supplemental brief to its sentencing memorandum filed in the above-captioned matter. The Court inquired as to whether it can impose a period of incarceration and probation in this matter. The D.C. Circuit Court's decision in *United States v. Little* permits this Court to sentence a defendant to a period of incarceration and a period of probation when there are multiple counts of conviction. *United States v. Little*, 78 F.4th 453, 456 (D.C. Cir. Aug 18, 2023). In *Little*, the defendant pled guilty to one count of 40 U.S.C. § 5104. *Id.* at 454. The district court sentenced *Little* to a term of incarceration and probation on this count. *Id.* at 454. The D.C. Circuit held that the sentence imposed was improper and as a result, *Little* was remanded and the defendant was resentenced in District Court. *Id.* at 461. The D.C. Circuit Court held that a court may impose this type of sentence "only if a defendant gets imprisonment for one petty offense and probation for a different offense." *Id.* at 456. The instant case is different from the circumstances in *Little* because Johnson pled guilty to two different counts of Section 5104 – unlike *Little* who pled to a sole count. *See* ECF No. 24-25. This Court sentenced at least two other January 6 defendants to a term of incarceration and a term of probation on separate

1

counts of conviction. *See United States v. Leah Green*, 24-cr-160; *United States v. Victor Martinez*, 23-cr-39. Multiple judges in this District also found this type of sentence permissible post-*Little*.[1] This case does not present a different circumstance.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY

BY:    */s/ Nialah S. Ferrer*
                              Nialah S. Ferrer
                              Assistant United States Attorney
                              New York Bar No. 5748462
                              601 D Street, NW
                              Washington, D.C. 20530
                              (202) 557-1490
                              Nialah.Ferrer@usdoj.gov

---

[1] Multiple judges in this District have also sentenced defendants involved in the events of January 6 to a period of incarceration and probation on separate counts of conviction. *See United States v. Joshua Parmenter*, 23-cr-404 (JEB); *United States v, Frederic Fiol*, 23-cr-196 (RCL); *United States v. Cody Lee*, 23-cr-337 (CRC); *United States v. Christopher Keniley*, 24-cr-01 (RC); *United States v. Payton Valdez*, 24-cr-137 (DLF).